UNITED STATES, Appellee,

v.

Randy M. WALKER, Private, U. S. Army, Appellant.

No. 29,999.

U. S. Court of Military Appeals.

May 30, 1975.

### OPINION OF THE COURT

PER CURIAM:

The staff judge advocate's post-trial review omitted any reference to the recommendation of the accused's battalion commander that the accused not be eliminated from the service. This was prejudicial error. *United States v. Parker,* 22 U.S.C. M.A. 358, 47 C.M.R. 10 (1973); *United States v. Wartsbaugh,* 21 U.S.C.M.A. 535, 45 C.M.R. 309 (1972); *United States v. Eller,* 20 U.S.C.M.A. 401, 43 C.M.R. 241 (1971); *United States v. Boatner,* 20 U.S.C. M.A. 376, 43 C.M.R. 216 (1971); *United States v. Rivera,* 20 U.S.C.M.A. 6, 42 C.M.R. 198 (1970).

**40**

The decision of the U. S. Army Court of Military Review is reversed and the record of trial is returned to the Judge Advocate General of the Army. The Court of Military Review may set aside the bad-conduct discharge or order a new post-trial review and action by the convening authority.